UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JOSEPH R. MIELE,**

    **Plaintiff,**

v.                              Case No.  8:06-cv-1751-T-30MAP

**BOARD OF COMMISSIONERS OF
PINELLAS COUNTY et al ,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL

Before the Court is the Notice of Voluntary Dismissal (Dkt. #18).  In accordance with same, it is **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on October 19, 2006.

*[signature]*

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2006\06-cv-1751.dismissal 18.wpd